United States Bankruptcy Court
District of Puerto Rico

In re:
OSVALDO BERMUDEZ RIVERA
NOELIA BRITO BURGOS
      Debtors

Case No. 13-05039-ESL
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0104-3     User: admin     Page 1 of 1     Date Rcvd: Aug 13, 2014
                  Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2014.
3740363      PR ACQUISITIONS LLC,    PO BOX 194499,    SAN JUAN PR 00919-4499

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2014                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2014 at the address(es) listed below:
          ALEJANDRO   OLIVERAS RIVERA    aorecf@ch13sju.com
          ALEJANDRO   OLIVERAS RIVERA (ENO)    on behalf of Trustee ALEJANDRO   OLIVERAS RIVERA
           aorecf@ch13sju.com
          JUAN A SANTOS BERRIOS    on behalf of Creditor    MAUNACOOP santosberriosbk@gmail.com,
           sracasillasd@hotmail.com;sra.vcasillasd@gmail.com
          MARYSOL   LOPEZ GONZALEZ    on behalf of Creditor    BANCO SANTANDER PR/FANNIE MAE
           mlopez@martineztorreslaw.com,
           mbaldera@martineztorreslaw.com;vtorres@martineztorreslaw.com;ecruz@martineztorreslaw.com;rmelendez@martineztorreslaw.com;pvarela@martineztorreslaw.com;solymarder@yahoo.com
          MONSITA   LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
          ROBERTO   FIGUEROA CARRASQUILLO    on behalf of Joint Debtor NOELIA   BRITO BURGOS
           cmecf@rfclawpr.com,    cmecf.rfclawpr@gmail.com
          ROBERTO   FIGUEROA CARRASQUILLO    on behalf of Debtor OSVALDO   BERMUDEZ RIVERA cmecf@rfclawpr.com,
           cmecf.rfclawpr@gmail.com
                                                                                                  TOTAL: 7

**210B (12/09**)

# United States Bankruptcy Court

District of Puerto Rico
Case No. 13-05039-ESL13
Chapter 13

In re: Debtor(s) (including Name and Address)

OSVALDO BERMUDEZ RIVERA
PO BOX 966
MAUNABO PR 00707

NOELIA BRITO BURGOS
PO BOX 966
MAUNABO PR 00707

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/14/2014.

Name and Address of Alleged Transferor(s):

Claim No. 3: PR ACQUISITIONS LLC, PO BOX 194499, SAN JUAN PR 00919-4499

Name and Address of Transferee:

Midland Funding LLC
by American InfoSource LP as agent
ATTN: Department 1
PO Box 4457
Houston, TX  77210-4457

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/15/14

MARIA DE LOS ANGELES GONZALEZ, ESQ.
**CLERK OF THE COURT**