**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**OSVALDO BERMUDEZ RIVERA**
**NOELIA BRITO BURGOS**

xxx–xx–5828
xxx–xx–8800

Debtor(s)

Case No. **13–05039 ESL**

Chapter **13**

FILED & ENTERED ON 8/8/18

## ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Motion requesting entry of order on non delivery of tax refunds filed by Trustee, docket #51.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted. Debtors shall comply within 14 days. Order due by August 22, 2018.
In San Juan, Puerto Rico, this Wednesday, August 8, 2018 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge